**PESTOTNIK LLP**
Timothy R. Pestotnik, State Bar No. 128919
tim@pestotnik.com
Ross H. Hyslop, State Bar No. 149358
hyslop@pestotnik.com
Russell F. Winslow, State Bar No. 245031
russ@pestotnik.com
501 W. Broadway, Suite 1025
San Diego, CA 92101
(619) 237-5080

*Attorneys for Defendant Alvotech hf.*

**LAW OFFICES OF KENNETH J. FREED**
Kenneth J. Freed, ESQ. [SBN 125349]
Eric A. Gowey, ESQ [SBN 174252]
4340 Fulton Ave., Third Floor
Sherman Oaks, California 91423
(818) 900-0888; (818) 900-1047 Facsimile
kfreed@kjfesq.come egowey@kjfesq.com

*Attorneys for Plaintiff Creditors Adjustment Bureau, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CREDITORS ADJUSTMENT BUREAU, INC., | Case No. 3:26-cv-05236-RFL |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | Ctrm.:  15 |
| ALVOTECH hf., A LIMITED LIABILITY COMPANY AKA ALVOTECH HF; and DOES 1 through 10, inclusive, | Judge:    HONORABLE  RITA F. LIN |
| Defendants. | |

JOINT STIPULATION OF DISMISSAL

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Creditors Adjustement Bureau, Inc, by and through its undersigned counsel, and Defendant, Alvotech hf., by and through its undersigned counsel, jointly stipulate and agree pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure that this action, and each and every count asserted therein, be DISMISSED and that, pursuant to a written agreement between the parties, all disputes and claims in the pending complaint must be resolved pursuant to the Jurisdiction and Dispute Resolution provisions contained therein, including arbitration in Zurich, Switzerland if not resolved informally.

It is so agreed.

LAW OFFICES OF KENNETH J. FREED

/s/ Eric A. Gowey
_____
Kenneth J. Freed
kfreed@kjfesq.com
Eric A. Gowey
egowey@kjfesq.com

*Attorney for Plaintiff Creditors Adjustment Bureau, Inc.*

PESTOTNIK LLP

/s/ Ross H. Hyslop
_____
Timothy R. Pestotnik
tim@pestotnik.com
Ross H. Hyslop
hyslop@pestotnik.com
Russell F. Winslow
russ@pestotnik.com

*Attorneys for Defendant Alvotech hf.*



GRANTED

Judge Rita F. Lin

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**DATED: June 12, 2026**

-2-

JOINT STIPULATION OF DISMISSAL